Harris County Docket Sheet

# 2020-69428

**COURT:** 157th
**FILED DATE:** 10/28/2020
**CASE TYPE:** OTHER CIVIL



**MILLS, KIMBERLY F (INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE**

Attorney: COLE, TOBIAS A.

**vs.**

**UNITED AIRLINES INC**

Attorney: STEPP, JAD J

### Docket Sheet Entries

| Date | Comment |
|------|---------|

| HCDistrictclerk.com | MILLS, KIMBERLY F (INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE vs. UNITED AIRLINES INC | 4/13/2021 |
|---|---|---|
| | Cause: 202069428   CDI: 7   Court: 157 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

| CASE DETAILS | |
|---|---|
| File Date | 10/28/2020 |
| Case (Cause) Location | Civil Intake 1st Floor |
| Case (Cause) Status | Active - Civil |
| Case (Cause) Type | OTHER CIVIL |
| Next/Last Setting Date | N/A |
| Jury Fee Paid Date | 3/8/2021 |

| CURRENT PRESIDING JUDGE | |
|---|---|
| Court | 157th |
| Address | 201 CAROLINE (Floor: 11) HOUSTON, TX 77002 Phone:7133686230 |
| JudgeName | TANYA GARRISON |
| Court Type | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| MILLS, KIMBERLY F (INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE | PLAINTIFF - CIVIL | | COLE, TOBIAS A. |
| UNITED AIRLINES INC | DEFENDANT - CIVIL | | STEPP, JAD J |
| ABM AVIATION INC | DEFENDANT - CIVIL | | ROSE, MARC MICHAEL |
| SIMPLICITY GROUND SERVICES LLC (DBA SIMPLICITY USA) | DEFENDANT - CIVIL | | STEPP, JAD J |
| DELEON, ANTONIO | DEFENDANT - CIVIL | | ROSE, MARC MICHAEL |
| MORA, JESSICA | DEFENDANT - CIVIL | | ROSE, MARC MICHAEL |
| MILTON, PRYSTAL | DEFENDANT - CIVIL | | ROSE, MARC |

| | | MICHAEL |
|---|---|---|
| THE ESTATE OF ARTHUR MARK MILLS (DECEASED) | PLAINTIFF - CIVIL | COLE, TOBIAS A. |
| MILLS, JEREMY M (INDIVIDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF | PLAINTIFF - CIVIL | COLE, TOBIAS A. |
| MILLS, LEVI C (INDIVIDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF | PLAINTIFF - CIVIL | COLE, TOBIAS A. |
| WEBB, APRIL C (INDIVDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF | PLAINTIFF - CIVIL | COLE, TOBIAS A. |
| SIMPLICITY USA | DEFENDANT - CIVIL | |
| UNITED AIRLINES INC (A FOREIGN CORPORATION) MAY BE SERVED BY SERVING | REGISTERED AGENT | |
| ABM AVIATION INC (A DOMESTIC CORPORATION) MAY BE SERVED BY SERVING ITS | REGISTERED AGENT | |
| SIMPLICITY GROUND SERVICES LLC (DBA SIMPLICITY USA) (A DOMESTIC | REGISTERED AGENT | |
| MORA, JESSICA MARIE | DEFENDANT - CIVIL | |
| EXPRESSJET AIRLINES LLC | DEFENDANT - CIVIL | COMERFORD, PATRICK JOSEPH |
| EXPRESSJET AIRLINES LLC (FOREIGN CORPORATION) MAY BE SERVED BY SERVING | REGISTERED AGENT | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 3/8/2021 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 3/8/2021 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 3/8/2021 | ANSWER ORIGINAL PETITION | | | 0 | | COMERFORD, PATRICK JOSEPH | EXPRESSJET AIRLINES LLC |
| 3/1/2021 | ANSWER ORIGINAL PETITION | | | 0 | | ROSE, MARC MICHAEL | DELEON, ANTONIO |
| 2/1/2021 | FIRST AMENDED ORIGINAL PETITION | | | 0 | | COLE, TOBIAS A. | MILLS, LEVI C (INDIVIDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF |
| 2/1/2021 | FIRST AMENDED ORIGINAL PETITION | | | 0 | | COLE, TOBIAS A. | MILLS, JEREMY M (INDIVIDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF |
| 2/1/2021 | FIRST AMENDED ORIGINAL PETITION | | | 0 | | COLE, TOBIAS A. | WEBB, APRIL C (INDIVDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF |
| 2/1/2021 | FIRST AMENDED ORIGINAL PETITION | | | 0 | | COLE, TOBIAS A. | THE ESTATE OF ARTHUR MARK MILLS (DECEASED) |
| 2/1/2021 | FIRST AMENDED ORIGINAL PETITION | | | 0 | | COLE, TOBIAS A. | MILLS, KIMBERLY F (INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE |
| 1/15/2021 | ANSWER ORIGINAL PETITION | | | 0 | | STEPP, JAD J | SIMPLICITY GROUND SERVICES LLC (DBA SIMPLICITY USA) |

| | | | | | |
|---|---|---|---|---|---|
| 11/23/2020 | ANSWER ORIGINAL PETITION | 0 | ROSE, MARC MICHAEL | MILTON, PRYSTAL | |
| 11/23/2020 | ANSWER ORIGINAL PETITION | 0 | ROSE, MARC MICHAEL | MORA, JESSICA | |
| 11/23/2020 | ANSWER ORIGINAL PETITION | 0 | STEPP, JAD J | UNITED AIRLINES INC | |
| 11/23/2020 | ANSWER ORIGINAL PETITION | 0 | ROSE, MARC MICHAEL | ABM AVIATION INC | |
| 10/28/2020 | JURY FEE PAID (TRCP 216) | 0 | | | |
| 10/28/2020 | ORIGINAL PETITION | 0 | COLE, TOBIAS A. | WEBB, APRIL C (INDIVDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF | |
| 10/28/2020 | ORIGINAL PETITION | 0 | COLE, TOBIAS A. | THE ESTATE OF ARTHUR MARK MILLS (DECEASED) | |
| 10/28/2020 | ORIGINAL PETITION | 0 | COLE, TOBIAS A. | MILLS, LEVI C (INDIVIDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF | |
| 10/28/2020 | ORIGINAL PETITION | 0 | COLE, TOBIAS A. | MILLS, JEREMY M (INDIVIDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF | |
| 10/28/2020 | ORIGINAL PETITION | 0 | COLE, TOBIAS A. | MILLS, KIMBERLY F (INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE | |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | UNITED AIRLINES INC (A FOREIGN CORPORATION) MAY BE SERVED BY SERVING | 10/28/2020 | 10/29/2020 | 10/30/2020 | | | 73805950 | E-MAIL |
| | 1999 BRYAN STREET #900 DALLAS TX 75201 | | | | | | | | | |
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | ABM AVIATION INC (A DOMESTIC CORPORATION) MAY BE SERVED BY SERVING ITS | 10/28/2020 | 10/29/2020 | 10/30/2020 | | | 73805953 | E-MAIL |
| | 1999 BRYAN STREET #900 DALLAS TX 75201 | | | | | | | | | |
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | SIMPLICITY GROUND SERVICES LLC (DBA SIMPLICITY USA) (A DOMESTIC | 10/28/2020 | 10/29/2020 | | | | 73805956 | E-MAIL |
| | 211 EAST 7TH STREET #620 AUSTIN TX 78701 | | | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | MORA, JESSICA MARIE | 10/28/2020 | 10/29/2020 | 10/31/2020 | | | 73805959 | E-MAIL |
| | 311 MELBOURNE ST HOUSTON TX 77022 | | | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | DELEON, ANTONIO | 10/28/2020 | 10/29/2020 | 11/17/2020 | | | 73805966 | E-MAIL |
| | 4106 EAST 1ST PLACE LUBBOCK TX 79403 | | | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | MILTON, PRYSTAL | 10/28/2020 | 10/29/2020 | | | | 73805968 | E-MAIL |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 910 CYPRESS STATION DR #307 HOUSTON TX 77090 | | | | | | | | |
| CITATION (NON-RESIDENT CORPORATE) | SERVICE RETURN/EXECUTED | AMENDED ORIGINAL PETITION | EXPRESSJET AIRLINES LLC (FOREIGN CORPORATION) MAY BE SERVED BY SERVING | 2/1/2021 | 2/3/2021 | 2/4/2021 | | 73837697 | E-MAIL |
| | 2 NORTH JACKSON STREET SUITE 605 MONTGOMERY AL 36104 | | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | AMENDED ORIGINAL PETITION | DELEON, ANTONIO | 2/1/2021 | 2/3/2021 | | | 73837711 | E-MAIL |
| | 317 E 18TH STREET WOLFFORTH TX 79382 | | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 94705364 | DEFENDANT EXPRESSJET AIRLINES LLCS ORIGINAL ANSWER AND JURY DEMAND | | 03/08/2021 | 7 |
| 94562199 | Defendant Antiono Deleon's Original Answer to Plaintiff's Original Petition and Request for Disclosures | | 03/01/2021 | 6 |
| 94550982 | Answer | | 02/26/2021 | 1 |
| 94550983 | Envelope | | 02/26/2021 | 1 |
| 94302588 | Return of Service | | 02/08/2021 | 1 |
| 94314937 | Affidavit of Service | | 02/08/2021 | 1 |
| 94189334 | Letter to Clerk | | 02/01/2021 | 1 |
| ·> 94189335 | Service Request | | 02/01/2021 | 1 |
| 94196361 | Plaintiffs' First Amended Petition | | 02/01/2021 | 15 |
| | Plaintiffs' First Amended Petition | | 02/01/2021 | |
| ·> 94196362 | Request for Issurance of Service | | 02/01/2021 | 1 |
| | Request for Issurance of Service | | 02/01/2021 | |
| 94196361 | Plaintiffs' First Amended Petition | | 02/01/2021 | 15 |
| ·> 94196362 | Request for Issurance of Service | | 02/01/2021 | 1 |
| 93970431 | Original Answer of Defendant Simplicity Ground Services LLC | | 01/15/2021 | 3 |
| 93210064 | Defendant ABM Aviation Inc, Jessica Mora, and Prystal Milton's Original Answer to Plaintiff's Original Petition and Request for Disclosures | | 11/23/2020 | 5 |
| | Defendant ABM Aviation Inc, Jessica Mora, and Prystal Milton's Original Answer to Plaintiff's Original Petition and Request for Disclosures | | 11/23/2020 | |
| 93222296 | Original Answer, Jury Demand and Request for Disclosure of Defendant United Airlines Inc | | 11/23/2020 | 4 |
| 93207047 | Return of Service | | 11/20/2020 | 1 |
| 93038764 | Return of Service | | 11/11/2020 | 1 |
| 93038839 | Return of Service | | 11/11/2020 | 1 |
| 93054894 | Return of Service | | 11/11/2020 | 1 |
| 92998291 | Affidavit of Service | | 11/09/2020 | 1 |
| 92931700 | Return of Service | | 11/04/2020 | 1 |
| 92913878 | Citation Return | | 11/03/2020 | 4 |
| 92840195 | PLAINTIFFS ORIGINAL PETITION REQUESTS FOR DISCLOSURES AND REQUEST FOR JURY TRIAL | | 10/28/2020 | 12 |
| ·> 92840196 | REQUEST FOR ISSUANCE OF SERVICE | | 10/28/2020 | 6 |
| 92840195 | PLAINTIFFS ORIGINAL PETITION REQUESTS FOR DISCLOSURES AND REQUEST FOR JURY TRIAL | | 10/28/2020 | 12 |
| ·> 92840196 | REQUEST FOR ISSUANCE OF SERVICE | | 10/28/2020 | 6 |