## LIST OF COUNSEL AND PARTIES

**PLAINTIFF KIMBERLY F. MILLS,**
Individually and As Independent Executrix of the Estate of ARTHUR MARK MILLS, and on Behalf of the Beneficiaries to the Estate to include JEREMY M. MILLS, LEVI C. MILLS and APRIL C. WEBB, Each Individually and as WRONGFUL DEATH BENEFICIARIES OF ARTHUR MARK MILLS, Deceased

    Robert E. Ammons
    Texas Bar No. 01159820
    Justin D. Burrow
    Texas Bar No. 24035598
    **THE AMMONS LAW FIRM, LLP**
    3700 Montrose Boulevard
    Houston, Texas 77006
    Telephone: (713) 523-1606
    Fax: (713) 523-4159
    rob@ammonslaw.com
    justin.burrow@ammonslaw.com

    Tobias A. Cole
    Texas Bar No. 24007021
    Mary E. Allen
    Texas Bar No. 24116021
    **THE COLE LAW FIRM**
    1616 South Voss Road, Suite 450
    Houston, Texas 77057
    Telephone: (832) 539-4900
    Fax: (832) 539-4899
    toby@colelawtx.com
    Mary@colelawtx.com

**DEFENDANTS ABM AVIATION, INC., JESSICA MORA, PRYSTAL MILTON, and ANTONIO DELEON**

    Marc Michael Rose
    State Bar No. 24098350
    ROSE LAW GROUP PLLC
    777 Main Street, Suite 600
    Ft. Worth, Texas 77024
    Telephone: (817) 887-8118
    Fax: (817) 887-8001
    marc@roselg.com

**DEFENDANTS UNITED AIRLINES, INC. and SIMPLICITY GROUND SERVICES, LLC d/b/a SIMPLICITY USA**

> Jad J. Stepp
> State Bar No. 19169100
> STEPP & SULLIVAN, P.C.
> 5300 Memorial Drive, Suite 620
> Houston, Texas 77007
> Telephone: (713) 336-7203
> Fax: (713) 336-7250
> jstepp@ss-pc.com

**DEFENDANT EXPRESSJET AIRLINES, INC.**

> Patrick J. Comerford
> Texas Bar No. 24096724
> SDTBN: 2973386
> **RIGBY SLACK LAWRENCE BERGER AKINC PEPPER + COMERFORD, PLLC**
> 3500 Jefferson Street, Suite 330
> Austin, Texas 78731
> Telephone: (512) 782-2060
> pcomerford@rigbyslack.com