IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIMBERLY F. MILLS, Individually and As Independent Executrix of the Estate of ARTHUR MARK MILLS, and on behalf of the Beneficiaries to the Estate to include JEREMY M. MILLS, LEVI C. MILLS AND APRIL C. WEBB, Each Individually and as WRONGFUL DEATH BENEFICIARIES OF ARTHUR MARK MILLS, DECEASED<br>　　*Plaintiffs*,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br>ABM AVIATION, INC.,<br>SIMPLICITY GROUND SERVICES, LLC D/B/A SIMPLICITY USA,<br>ANTONIO DELEON, JESSICA MORA, PRYSTAL MILTON, and<br>EXPRESSJET AIRLINES, INC.,<br>　　*Defendants*. | CASE NO. 4:21-cv-1241 |

**DEFENDANT EXPRESSJET AIRLINES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ExpressJet Airlines, Inc., by and through its attorneys, Rigby Slack Lawrence Berger Akinc Pepper + Comerford, PLLC, hereby discloses that it is a non-governmental corporation and ExpressJet Airlines, Inc. is a wholly owned subsidiary of ManaAir, LLC.

Dated: April 15, 2021

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　RIGBY SLACK LAWRENCE BERGER
　　　　　　　　　　　　　　　　　　　　　AKINC PEPPER + COMERFORD, PLLC

　　　　　　　　　　　　　　　　　　　　　By: */s/ Patrick J. Comerford*
　　　　　　　　　　　　　　　　　　　　　　　Patrick J. Comerford
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24096724
　　　　　　　　　　　　　　　　　　　　　　　SDTBN: 2973386

3500 Jefferson Street, Suite 330
Austin, Texas 78731
Telephone: (512) 782-2060
pcomerford@rigbyslack.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true copy of the foregoing Disclosure Statement was served via CM/ECF on all parties and attorneys of record on April 15, 2021:

Robert E. Ammons
Justin D. Burrow
THE AMMONS LAW FIRM, L.L.P.
3700 Montrose Boulevard
Houston, Texas 77006
rob@ammonslaw.com
justin.burrow@ammonslaw.com
melissa@ammonslaw.com

Tobias A. Cole
Mary E. Allen
THE COLE LAW FIRM
1616 S. Voss Road, Suite 450
Houston, Texas 77057
toby@colelawtx.com
mary@colelawtx.com

*Counsel for Plaintiffs Kimberly Mills, Individually and as Independent Executrix of the Estate of Arthur Mark Mills, et al.*

Jad J. Stepp
STEPP & SULLIVAN, P.C.
5300 Memorial Drive, Suite 620
Houston, Texas 77007
jstepp@ss-pc.com
*Counsel for Defendants United Airlines, Inc. and Simplicity Ground Services, LLC, d/b/a Simplicity USA*

Marc Michael Rose
ROSE LAW GROUP PLLC
777 Main Street, Suite 600
Ft. Worth, Texas 77024
marc@roselg.com
*Counsel for Defendants ABM Aviation, Inc., Jessica Mora, Prystal Milton and Antonio DeLeon*

                            */s/ Patrick J. Comerford*
                            Patrick J. Comerford