IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIMBERLY F. MILLS, Individually and As Independent Executrix of the Estate of ARTHUR MARK MILLA, and on behalf of the Beneficiaries to the Estate to include JEREMY M. MILLS, LEVI C. MILLS AND APRIL C. WEBB, Each Individually and as WRONGFUL DEATH BENEFICIARIES OF ARTHUR MARK MILLS, DECEASED<br>    *Plaintiffs*,<br><br>vs.<br><br>UNITED AIRLINES, INC., ABM AVIATION, INC., SIMPLICITY GROUND SERVICES, LLC D/B/A SIMPLICITY USA, ANTONIO DELEON, JESSICA MORA, PRYSTAL MILTON, AND EXPRESSJET AIRLINES, INC.<br>    *Defendants*. | C.A. No. 4:21-cv-1241 |

**DEFENDANT ABM AVIATION, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, ABM Aviation, Inc. ("Defendant") files their Corporate Disclosure Statement, by and through its attorneys, Rose Law Group PPLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Defendant hereby discloses that:

1. ABM Aviation, Inc. is a wholly owned subsidiary of ABM Industries Inc.

2. ABM Industries Inc. is a corporation whose shares are publicly traded on the NYSE (NYSE: ABM). ABM does not have a parent corporation. No publicly held corporation owns 10% or more of ABM's stock.

Respectfully submitted,

ROSE LAW GROUP PLLC

*/s/ Marc Michael Rose*
Marc Michael Rose
Fed. Id.: 2943701
State Bar No. 24098350
777 Main Street, Suite 600
Ft. Worth, Texas 77024
Telephone: (817) 887-8118
Facsimile: (817) 887-8001
E-mail: marc@roselg.com
**COUNSEL FOR DEFENDANT ABM AVIATION, INC.**

## CERTIFICATE OF SERVICE

   This is to certify that on April 16, 2021, a true and correct copy of the foregoing document was served by electronic service on:

Tobias A. Cole
Mary E. Allen
THE COLE LAW FIRM
1616 S. Voss Road, Suite 450
Houston, Texas 77057
Telephone: (832) 539-4900
Facsimile: (832) 539-4899
E-mail: toby@colelawtx.com
E-mail: mary@colelawtx.com
**COUNSEL FOR PLAINTIFFS**

Robert E. Ammons
THE AMMON LAW FIRM, L.L.P.
3700 Montrose Boulevard
Houston, Texas 77006
Telephone: (713) 523-1606
Facsimile: (713) 523-4159
E-mail: rob@ammonslaw.com
E-mail: terri@ammonslaw.com
**COUNSEL FOR PLAINTIFFS**

Jad J. Stepp
STEPP & SULLIVAN, P.C.
5300 Memorial Drive, Suite 620
Houston, Texas 77007
Telephone: (713) 336-7203
Facsimile: (713) 336-7250
E-mail: jstepp@ss-pc.com
**COUNSEL FOR DEFENDANTS UNITED AIRLINES, INC. AND
SIMPLICITY GROUND SERVICES, LLC d/b/a SIMPLICITY USA**

Patrick J. Comerford
RIGBY SLACK LAWRENCE BERGER AKINC PEPPER & COMERFORD
3500 Jefferson Street, Ste. 330
Austin, Texas 78731
Telephone: (512) 782-2054
E-mail: pcomerford@rigbyslck.com
**COUNSEL FOR DEFENDANT EXPRESSJET AIRLINES, INC.**

                */s/ Marc Michael Rose*
                Marc Michael Rose