THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY F. MILLS, et al., | § § § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 4:21-cv-01241 |
| | § § | |
| UNITED AIRLINES, INC., et al., | § § | |
| Defendant. | § | |

**CERTIFICATE OF SERVICE IN REMOVED ACTION**

I certify compliance with the Order for Conference and Disclosure of Interested Parties, which was entered upon filing of the petition for removal of this action.

On __April 19, 2021__, I served copies of Judge Alfred H. Bennett's Court Procedures and Practices and the Order for Conference and Disclosure of Interested Parties on all other parties.

 04/20/2021                              *Patrick J. Comerford*
Date                                       Attorney for Defendant(s)