# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **KIMBERLY F. MILLS, Individually and As Independent Executrix of the Estate of ARTHUR MARK MILLS, and on Behalf of the Beneficiaries to the Estate to include JEREMY M. MILLS, LEVI C. MILLS and APRIL C. WEBB, Each Individually and as WRONGFUL DEATH BENEFICIARIES OF ARTHUR MARK MILLS, Deceased**  *Plaintiffs* | § § § § § § § § § § § | |
| v. | § § | **C.A. NO. 4:21-cv-1241** |
| **UNITED AIRLINES, INC., EXPRESSJET AIRLINES, LLC ABM AVIATION INC., SIMPLICITY GROUND SERVICES, LLC d/b/a SIMPLICITY USA, ANTONIO DELEON, JESSICA MORA, and PRYSTAL MILTON**  *Defendants* | § § § § § § § § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Order for Conference and Disclosure of Interested Persons, the undersigned counsel of record for Plaintiffs Kimberly F. Mills, Individually As Heir at Law and As Independent Administrator of the Estate of Arthur Mills, Deceased, Jeremy M. Mills, Levi C. Mills and April C. Webb, each Individually as Heirs at Law ("Plaintiffs") hereby certifies that the following listed persons may have an interest in the outcome of this case.

| Person of Interest | Connection to Case |
|---|---|
| **Kimberly F. Mills** | **Plaintiff, Texas resident** |
| **Jeremy M. Mills** | **Plaintiff, Texas resident** |
| **Levi C. Mills** | **Plaintiff, Texas resident** |

| April C. Webb | **Plaintiff, Texas resident** |
|---|---|
| **United Airlines, Inc.** | **Defendant** |
| **ABM Aviation, Inc.** | **Defendant, who is a wholly-owned subsidiary of ABM Industries, Inc.** |
| **Expressjet Airlines, Inc.** | **Defendant, who is a wholly-owned subsidiary of ManaAir, LLC** |
| **Jessica Mora** | **Defendant, Texas resident** |
| **Prystal Milton** | **Defendant, Texas resident** |
| **Antonio DeLeon** | **Defendant, Texas resident** |

At this juncture, there are no other known parties with a financial interest in the outcome of this action. If new parties are identified and/or added, this certificate will be amended according to the Court's order.

Respectfully submitted,

**THE AMMONS LAW FIRM, L.L.P.**

*/s/ Robert E. Ammons*
Robert E. Ammons – Attorney in charge
State Bar No. 01159820
Justin D. Burrow
State Bar No. 24035598
3700 Montrose Boulevard
Houston, Texas 77006
Telephone:    (713) 523-1606
Facsimile:    (713) 523-4159
Email:    rob@ammonslaw.com
Email:    justin.burrow@ammonslaw.com
And
Tobias A. Cole
State Bar No. 24007021
Mary E. Allen
State Bar No. 24116021
THE COLE LAW FIRM
1616 S. Voss Road., Suite 450
Houston, Texas   77057
Telephone:    (832) 539-4900
Facsimile:    (832) 539-4899
Email:    toby@colelawtx.com
Email:    mary@colelawtx.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

  In accordance with Rule 5 of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on this 30th day of April 2021.

Jad J. Stepp             *Via E-Service & email: jstepp@ss-pc.com*
STEPP & SULLIVAN, P.C.
5300 Memorial Drive, Suite 620
Houston, Texas 77007
***Counsel for Defendant United Airlines, Inc.***

Marc Michael Rose          *Via E-Service & email: marc@roselg.com*
ROSE LAW GROUP, PLLC
777 Main Street, Suite 600
Fort Worth, Texas 77024
***Counsel for Defendants ABM Aviation, Inc.,***
***Jessica Mora and Prystal Milton***

Patrick J. Comerford       *Via E-Service and email: pcomerford@rigbyslck.com*
RIGBY SLACK LAWRENCE BERGER AKINC PEPPER & COMERFORD
3500 Jefferson Street, Ste. 330
Austin, Texas 78731
Telephone: (512) 782-2054
***Counsel for Defendants***
***Expressjet Airlines, Inc.***

              */s/ Robert E. Ammons*
              Robert E. Ammons