**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KIMBERLY F. MILLS, Individually and As Independent Executrix of the Estate of ARTHUR MARK MILLS, and on behalf of the Beneficiaries to the Estate to include JEREMY M. MILLS, LEVI C. MILLS AND APRIL C. WEBB, Each Individually and as WRONGFUL DEATH BENEFICIARIES OF ARTHUR MARK MILLS, DECEASED** | § | |
| ***Plaintiffs*,** | § | **CASE NO. 4:21-cv-1241** |
| **v.** | § | |
| **UNITED AIRLINES, INC., ABM AVIATION, INC., SIMPLICITY GROUND SERVICES, LLC D/B/A SIMPLICITY USA, ANTONIO DELEON, JESSICA MORA, PRYSTAL MILTON, and EXPRESSJET AIRLINES, INC.,** | § | |
| ***Defendants*.** | § | |

**DEFENDANT EXPRESSJET AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE ALFRED H. BENNETT:

Defendant ExpressJet Airlines, Inc. files this Corporate Disclosure Statement and Certificate of Interested Parties pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Defendant discloses that:

1. ExpressJet Airlines, Inc. is a wholly owned subsidiary of ManaAir, LLC.

2. ManaAir, LLC is the parent corporation whose securities are publicly traded. No publicly held corporation owns 10% or more of ExpressJet Airlines, Inc.'s stock.

Pursuant to this Court's Order for Conference, Defendant ExpressJet Airlines, Inc. certifies that the following persons and entities may have a financial interest in the outcome of this litigation:

1. Kimberly Mills, Individually and as Independent Executrix of the Estate of Arthur Mark Mills, and on Behalf of the Beneficiaries to the Estate to include Jeremy M. Mills, Levi C. Mills and April C. Webb, each Individually and as Wrongful Death Beneficiaries of Arthur Mark Mills, Deceased, Plaintiffs

2. THE AMMONS LAW FIRM, L.L.P., Attorneys for Plaintiff

3. THE COLE LAW FIRM, Attorneys for Plaintiff

4. Defendant ExpressJet Airlines, Inc.

5. RIGBY SLACK LAWRENCE BERGER AKINC PEPPER & COMERFORD, PLLC, Attorneys for Defendant ExpressJet Airlines, Inc.

6. Underwriters for the Insured, ExpressJet Airlines, Inc.

7. Defendant United Airlines, Inc.

8. Defendant Simplicity Ground Services, LLC, d/b/a Simplicity USA

9. STEPP & SULLIVAN, P.C., Attorneys for Defendants United Airlines, Inc. and Simplicity Ground Services, LLC, d/b/a Simplicity USA

10. Underwriters for the Insureds, United Airlines, Inc. and Simplicity Ground Services, LLC, d/b/a Simplicity USA

11. Defendant Jessica Mora

12. Defendant Prystal Milton

13. Defendant Antonio DeLeon

14. Defendant ABM Aviation Inc.

15. Underwriters for the Insured, ABM Aviation Inc.

16. ROSE LAW GROUP PLLC, Attorney for Defendants ABM Aviation Inc., Jessica Mora, Prystal Milton, and Antonio DeLeon

17. Underwriters for the Insured, ABM Aviation Inc., Jessica Mora, Prystal Milton, and Antonio DeLeon

Dated: May 4, 2021

Respectfully submitted,

**RIGBY SLACK LAWRENCE BERGER AKINC PEPPER + COMERFORD, PLLC**

By: *_/s/ Patrick J. Comerford_*
Patrick J. Comerford
State Bar No. 24096724
SDTBN: 2973386

3500 Jefferson Street, Suite 330
Austin, Texas 78731
Telephone: (512) 782-2060
pcomerford@rigbyslack.com

**ATTORNEYS FOR DEFENDANT EXPRESSJET AIRLINES, INC.**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Corporate Disclosure and Certificate of Interested Parties was served via CM/ECF on all parties and attorneys of record on May 4, 2021:

Robert E. Ammons
Justin D. Burrow
THE AMMONS LAW FIRM, L.L.P.
3700 Montrose Boulevard
Houston, Texas 77006
rob@ammonslaw.com
justin.burrow@ammonslaw.com
melissa@ammonslaw.com

Tobias A. Cole
Mary E. Allen
THE COLE LAW FIRM
1616 S. Voss Road, Suite 450
Houston, Texas 77057
toby@colelawtx.com
mary@colelawtx.com

*Counsel for Plaintiffs Kimberly Mills, Individually and as Independent Executrix of the Estate of Arthur Mark Mills, et al.*

Jad J. Stepp
STEPP & SULLIVAN, P.C.
5300 Memorial Drive, Suite 620
Houston, Texas 77007
jstepp@ss-pc.com
*Counsel for Defendants United Airlines, Inc. and Simplicity Ground Services, LLC, d/b/a Simplicity USA*

Marc Michael Rose
ROSE LAW GROUP PLLC
777 Main Street, Suite 600
Ft. Worth, Texas 77024
marc@roselg.com
*Counsel for Defendants ABM Aviation, Inc., Jessica Mora, Prystal Milton and Antonio DeLeon*

*/s/ Patrick J. Comerford*
Patrick J. Comerford