IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY F. MILLS, Individually and As Independent Executrix of the Estate of ARTHUR MARK MILLA, and on behalf of the Beneficiaries to the Estate to include JEREMY M. MILLS, LEVI C. MILLS AND APRIL C. WEBB, Each Individually and as WRONGFUL DEATH BENEFICIARIES OF ARTHUR MARK MILLS, DECEASED<br>  *Plaintiffs*,<br><br>vs.<br><br>UNITED AIRLINES, INC., ABM AVIATION, INC., SIMPLICITY GROUND SERVICES, LLC D/B/A SIMPLICITY USA, ANTONIO DELEON, JESSICA MORA, PRYSTAL MILTON, AND EXPRESSJET AIRLINES, INC.<br>  *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § | C.A. No. 4:21-cv-1241 |

## DEFENDANT ABM AVIATION, INC., JESSICA MORA, PRYSTAL MILTON, AND ANTONIO DELEON'S CERTIFICATE OF INTERESTED PARTIES

Defendants, ABM Aviation, Inc., Jessica Mora, Prystal Milton, and Antonio DeLeon ("Defendant") file this Certificate of Interested Parties, by and through their attorney, Rose Law Group PPLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Defendants hereby certifies the following persons and entities may have a financial interest in the outcome of this litigation:

  1. Kimberly Mills, Individually and as Independent Executrix of the Estate of Arthur Mark Mills, and on Behalf of the Beneficiaries to the Estate to include Jeremy M. Mills, Levi C. Mills, and April C. Webb, each Individually and as Wrongful Death Beneficiaries of Arthur Mark Mills, Deceased, Plaintiffs.

2. The Ammons Law Firm, L.L.P., Attorneys for Plaintiff.

3. The Cole Law Firm, Attorneys for Plaintiff.

4. Defendant ABM Aviation, Inc.

5. Defendant Jessica Mora.

6. Defendant Prystal Milton.

7. Defendant Antonio DeLeon.

8. Rose Law Group PLLC, Attorney for Defendants ABM Aviation, Inc., Jessica Mora, Prystal Milton, and Antonio DeLeon.

9. Underwriters for the Insureds, ABM Aviation, Inc., Jessica Mora, Prystal Milton, and Antonio DeLeon.

10. Defendant ExpressJet Airlines, Inc.

11. Rigby Slack Lawrence Berger Akinc Pepper & Comerford, PLLC, Attorneys for Defendant ExpressJet Airlines, Inc.

12. Underwriters for the Insured, ExpressJet Airlines, Inc.

13. Defendant United Airlines, Inc.

14. Defendant Simplicity Ground Services, LLC, d/b/a Simplicity USA.

15. Stepp & Sullivan, P.C., Attorneys for Defendants United Airlines, Inc. and Simplicity Ground Services, LLC, d/b/a Simplicity USA.

16. Underwriters for Insureds, United Airlines, Inc. and Simplicity Ground Services, LLC, d/b/a Simplicity USA.

Respectfully submitted,

ROSE LAW GROUP PLLC

*/s/ Marc Michael Rose*
Marc Michael Rose
Fed. Id.: 2943701
State Bar No. 24098350
777 Main Street, Suite 600
Ft. Worth, Texas 77024
Telephone: (817) 887-8118
Facsimile: (817) 887-8001
E-mail: marc@roselg.com
**COUNSEL FOR DEFENDANTS ABM AVIATION, INC., JESSICA MORA, PRYSTAL MILTON, AND ANTONIO DELEON**

## CERTIFICATE OF SERVICE

This is to certify that on May 10, 2021, a true and correct copy of the foregoing document was served by electronic service on:

Tobias A. Cole
Mary E. Allen
THE COLE LAW FIRM
1616 S. Voss Road, Suite 450
Houston, Texas 77057
Telephone: (832) 539-4900
Facsimile: (832) 539-4899
E-mail: toby@colelawtx.com
E-mail: mary@colelawtx.com
**COUNSEL FOR PLAINTIFFS**

Robert E. Ammons
THE AMMON LAW FIRM, L.L.P.
3700 Montrose Boulevard
Houston, Texas 77006
Telephone: (713) 523-1606
Facsimile: (713) 523-4159
E-mail: rob@ammonslaw.com
E-mail: terri@ammonslaw.com
**COUNSEL FOR PLAINTIFFS**

Jad J. Stepp
STEPP & SULLIVAN, P.C.
5300 Memorial Drive, Suite 620
Houston, Texas 77007
Telephone: (713) 336-7203
Facsimile: (713) 336-7250
E-mail: jstepp@ss-pc.com
**COUNSEL FOR DEFENDANTS UNITED AIRLINES, INC. AND SIMPLICITY GROUND SERVICES, LLC d/b/a SIMPLICITY USA**

Patrick J. Comerford
RIGBY SLACK LAWRENCE BERGER AKINC PEPPER & COMERFORD
3500 Jefferson Street, Ste. 330
Austin, Texas 78731
Telephone: (512) 782-2054
E-mail: pcomerford@rigbyslck.com
**COUNSEL FOR DEFENDANT EXPRESSJET AIRLINES, INC.**

*/s/ Marc Michael Rose*
Marc Michael Rose
