IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIMBERLY F. MILLS, Individually and as Executrix of the Estate of ARTHUR MARK MILLS, and on Behalf of the Beneficiaries to the Estate to include JEREMY M. MILLS, LEVI C. MILLS and APRIL C. WEBB, Each Individually as WRONGFUL DEATH BENEFICIARIES OF ARTHUR MARK MILLS, Deceased, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED AIRLINES, INC., EXPRESSJET AIRLINES, LLC, ABM AVIATION, INC., SIMPLICITY GROUND SERVICES, LLC, d/b/a SIMPLICITY USA, ANTONIO DELEON, JESSICA MORA, and PRYSTAL MILTON, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 4:21-cv-1241 |

_____

**DEFENDANT UNITED AIRLINES, INC.'S
DISCLOSURE OF INTERESTED PARTIES**
_____

United Airlines, Inc. is a wholly owned subsidiary of United Airlines Holdings, Inc., which is a publicly held corporation. There is no publicly held corporation that owns more than 10 percent of the stock of United Airlines Holdings, Inc. A supplemental disclosure statement will be filed upon any change in the information provided herein.

        Respectfully submitted,

        STEPP & SULLIVAN, P.C.

        _____/s/ Jad J. Stepp_____
        Jad J. Stepp

Texas Bar No. 19169100
5300 Memorial Drive, Suite 620
Houston, Texas 77007
Telephone: (713) 336-7203
Facsimile: (713) 336-7250
E-mail: jstepp@ss-pc.com

*Attorneys for Defendants*
*UNITED AIRLINES, INC. and*
*SIMPLICITY GROUND SERVICES, LLC,*
*d/b/a SIMPLICITY USA*

## **CERTIFICATE OF SERVICE**

This is to certify that on May 12, 2021, a true and correct copy of the foregoing document was served by electronic service on all parties of record.

*/s/ Jad J. Stepp*
Jad J. Stepp