**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| KIMBERLY F. MILLS, Individually and as Executrix of the Estate of ARTHUR MARK MILLS, and on Behalf of the Beneficiaries to the Estate to include JEREMY M. MILLS, LEVI C. MILLS and APRIL C. WEBB, Each Individually as WRONGFUL DEATH BENEFICIARIES OF ARTHUR MARK MILLS, Deceased,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED AIRLINES, INC., EXPRESSJET AIRLINES, LLC, ABM AVIATION, INC., SIMPLICITY GROUND SERVICES, LLC, d/b/a SIMPLICITY USA, ANTONIO DELEON, JESSICA MORA, and PRYSTAL MILTON,<br><br>*Defendants*. | CASE NO. 4:21-cv-1241 |

___

**DEFENDANT SIMPLICITY GROUND SERVICES, LLC'S
DISCLOSURE OF INTERESTED PARTIES**
___

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Defendant Simplicity Ground Services, LLC ("Simplicity") certifies that Simplicity is a wholly-owned subsidiary of Menzies Aviation (USA), Inc., which is held by Menzies Aviation, Inc. Menzies Aviation, Inc. is a fully owned subsidiary of ultimate parent company John Menzies, plc. No publicly held corporation holds 10% or more stock of John Menzies, PLC.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

STEPP & SULLIVAN, P.C.

.

                                            */s/ Jad J. Stepp*
Jad J. Stepp
Texas Bar No. 19169100
5300 Memorial Drive, Suite 620
Houston, Texas 77007
Telephone: (713) 336-7203
Facsimile: (713) 336-7250
E-mail: jstepp@ss-pc.com

*Attorneys for Defendants*
*UNITED AIRLINES, INC. and*
*SIMPLICITY GROUND SERVICES, LLC,*
*d/b/a SIMPLICITY USA*

## CERTIFICATE OF SERVICE

      This is to certify that on May 12, 2021, a true and correct copy of the foregoing document was served by electronic service on all parties of record.

                                            */s/ Jad J. Stepp*
Jad J. Stepp