Case 4:21-cv-01241   Document 15   Filed on 07/23/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas

**ENTERED**
July 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY F. MILLS, et. al | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-01241 |
| UNITED AIRLINES, INC. et al. | § § § | |
| Defendant. | § | |

## SCHEDULING ORDER

1.  October 3, 2021           **AMENDMENTS TO PLEADINGS
                                AND ADDITION OF NEW PARTIES**
                              Party requesting joinder will furnish a copy of this
                              scheduling order to new parties.

                              **EXPERTS**

2a. February 15, 2022         Plaintiff, or party with the burden of proof, will
                              designate expert witnesses in writing, listing the
                              qualifications of each expert, the opinions the expert
                              will present, and the bases for the opinions as required
                              under Federal Rule of Civil Procedure 26(a)(2).

2b. March 15, 2022            Defendant, or party without the burden of proof, will
                              designate expert witnesses in writing, listing the
                              qualifications of each expert, the opinions the expert
                              will present, and the bases for the opinions as required
                              under Federal Rule of Civil Procedure 26(a)(2).

3   May 15, 2022              **DISCOVERY**
                              Counsel may, by agreement continue discovery beyond
                              the deadline. No continuance will be granted because
                              of information acquired in post-deadline discovery.

4   April 27, 2022            **(Daubert) MOTIONS DEADLINE**
                              Including any motion challenging an expert witness.
                              (only motions in limine on issues other than experts
                              may be filed after this date) The motion deadline may
                              not be changed by agreement.

|     |                |                                                                                                                                                                                                       |
|-----|----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     |                | **JOINT PRETRIAL ORDER**                                                                                                                                                                              |
| 5a. | May 31, 2022   | THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order on this date. (Where available, Defendant should supply Plaintiff with an electronic copy).                       |
| 5b. | June 20, 2022  | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.                                                                       |
| 6.  | June 24, 2022  | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 8C.                                                                                                                                                  |
| 7.  | June 27, 2022  | **TRIAL** is set for 9:00 a.m. in Courtroom 8C  Case is subject to being called to trial on short notice during the two week period beginning on this date.                                           |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on   July 23, 2022   , at Houston, Texas.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE