UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4-21-cv-01241 |
|---|---|---|---|

KIMBERLY F. MILLS, et al.

*versus*

UNITED AIRLINES, INC., et al.

| | |
|---|---|
| Lawyer's Name | Andrew C. Johnson |
| Firm | Condon & Forsyth LLP |
| Street | 1901 Avenue of the Stars, Suite 1050 |
| City & Zip Code | Los Angeles, CA 90067 |
| Telephone & Email | (310) 557-2030, ajohnson@condonlaw.com |
| Licensed: State & Number | California Bar Number: 276059 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | UNITED AIRLINES, INC.; SIMPLICITY GROUND SERVICES, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/15/2021 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**                    **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                    United States District Judge