## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **KIMBERLY F. MILLS, et. al** | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-01241 |
| | § | |
| **UNITED AIRLINES, INC. et al.** | § | |
| | § | |
| Defendant. | § | |

### AGREED MOTION FOR CONTINUANCE

Come Now, Plaintiff, Kimberly F. Mills, et al, and Defendants, United Airlines, Inc., ABM Aviation, Inc., Simplicity Ground Services, LLC d/b/a Simplicity USA, Antonio DeLeon, Jessica Mora, and Prystal Milton, and file this, their *Agreed Motion for Continuance*, which is agreed to by all parties, and would respectfully show this Honorable Court as follows:

1.      Plaintiffs herein allege multiple incidents in multiple venues which ultimately caused the death of Mr. Mills. Defendants deny this and allege that Mr. Mills' death was caused by a tragic vehicular accident in which Mr. Mills was the sole occupant. Due to the number of parties involved and the liability, medical, and damage facts, there are numerous depositions that need to be taken.

2.      Additional time is necessary to take the multiple depositions of fact witnesses that may have knowledge of the incident, and the need to set Plaintiffs' depositions, as well as obtain medical documentation about Plaintiff's pre-existing medical conditions. The Parties are therefore requesting a continuance of at least 98 days from the current June 27, 2022 trial date.

3.      This continuance is not sought for the purpose of delay, but so that justice may be done.

4.      For the foregoing reasons, Plaintiffs, Kimberly F. Mills, et al., and Defendants United Airlines, Inc., ABM Aviation, Inc., Simplicity Grounds Services, LLC, d/b/a Simplicity USA, Antonio DeLeon, Jessica Mora, and Prystal Milton, respectfully request that the Court grant this Agreed Motion, and reset this case for trial at least 98 days from the current June 27, 2022 trial date, as well as extend the remaining cutoff dates accordingly.

Respectfully submitted,

STEPP & SULLIVAN, P.C.

_____/s/ Jad J. Stepp_____
Jad J. Stepp
State Bar No. 19169100
Dennis J. Sullivan
State Bar No. 19473450
dsullivan@ss-pc.com
720 Rusk St.
Houston, Texas 77002
Telephone: (713) 336-7200

**ATTORNEYS FOR DEFENDANT**
**UNITED AIRLINES, INC.**

_/s/_____
Marc Michael Rose
ROSE LAW GROUP
State Bar No. 24098350
777 Main Street, Suite 600
Ft. Worth, Texas 77024
Telephone: (817) 887-8118

**COUNSEL FOR DEFENDANTS ABM**
**AVIATION, INC., JESSICA MORA AND**
**PRYSTAL MILTON**

_/s/_____
Tobias A. Cole
Mary E. Allen
THE COLE LAW FIRM
1616 S. Voss Road, Suite 450
Houston, Texas 77057
Telephone: (832) 539-4900
Facsimile: (832) 539-4899
E-mail: toby@colelawtx.com
E-mail: mary@colelawtx.com
**COUNSEL FOR PLAINTIFFS**

/s/ _____
Robert E. Ammons
Justin D. Burrow
The Ammon Law Firm, L.L.P.
3700 Montrose Boulevard
Houston, Texas 77006
Telephone: (713) 523-1606
Facsimile: (713) 523-4159
E-mail: rob@ammonslaw.com
E-mail: justin@ammonslaw.com
**COUNSEL FOR PLAINTIFF**