UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY F. MILLS, et. al | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-01241 |
| UNITED AIRLINES, INC. et al. | § § § | |
| Defendant. | § | |

## AMENDED SCHEDULING ORDER

1. January 3, 2022 — **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

**EXPERTS**

2a. May 15, 2022 — Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

2b. June 15, 2022 — Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

3. August 15, 2022 — **DISCOVERY**
Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

4. July 27, 2022 — **(Daubert) MOTIONS DEADLINE**
Including any motion challenging an expert witness. (only motions in limine on issues other than experts may be filed after this date) The motion deadline may not be changed by agreement.

**JOINT PRETRIAL ORDER**

5a. _____   THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order on this date. (Where available, Defendant should supply Plaintiff with an electronic copy).

5b. _____   THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6. _____   **DOCKET CALL** is set at \_\_\_\_ p.m. in Courtroom \_\_.

7. _____   **TRIAL** is set for \_\_\_\_\_ a.m. in Courtroom \_\_\_. Case is subject to being called to trial on short noticeduring the two week period beginning on this date.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on _____ , at Houston, Texas.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

STEPP & SULLIVAN, P.C.

  /s/ Jad J. Stepp

Jad J. Stepp
State Bar No. 19169100
Dennis J. Sullivan
State Bar No. 19473450
720 Rusk St.
Houston, Texas 77002
Telephone: (713) 336-7200

**ATTORNEYS FOR DEFENDANT
UNITED AIRLINES, INC.**

  /s/

Marc Michael Rose
ROSE LAW GROUP
State Bar No. 24098350
777 Main Street, Suite 600
Ft. Worth, Texas 77024
Telephone: (817) 887-8118

**COUNSEL FOR DEFENDANTS ABM
AVIATION, INC., JESSICA MORA AND
PRYSTAL MILTON**

  /s/

Tobias A. Cole
Mary E. Allen
THE COLE LAW FIRM
1616 S. Voss Road, Suite 450
Houston, Texas 77057
Telephone: (832) 539-4900
Facsimile: (832) 539-4899
E-mail: toby@colelawtx.com
E-mail: mary@colelawtx.com

**COUNSEL FOR PLAINTIFF**

<u>*/s/*</u>

Robert E. Ammons
Justin D. Burrow
The Ammon Law Firm, L.L.P.
3700 Montrose Boulevard
Houston, Texas 77006
Telephone: (713) 523-1606
Facsimile: (713) 523-4159
E-mail: rob@ammonslaw.com
E-mail: terri@ammonslaw.com

**COUNSEL FOR PLAINTIFF**