United States District Court
Southern District of Texas
**ENTERED**
December 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4-21-cv-01241 |
|---|---|---|---|

|  |
|---|
| KIMBERLY F. MILLS, et al. |
| *versus* |
| UNITED AIRLINES, INC., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew C. Johnson<br>Condon & Forsyth LLP<br>1901 Avenue of the Stars, Suite 1050<br>Los Angeles, CA 90067<br>(310) 557-2030, ajohnson@condonlaw.com<br>California Bar Number: 276059 |
|---|---|

| Name of party applicant seeks to appear for: | UNITED AIRLINES, INC.; SIMPLICITY GROUND SERVICES, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/15/2021 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: | *Active* |
|---|---|
| Dated: 12/20/21 | Clerk's signature |

| **Order** |
|---|

Dated: 12/20/21

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge