UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY F. MILLS, et al. | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-1241 |
| UNITED AIRLINES, INC., et al., | § § § | |
| *Defendants.* | § | |

**PLAINTIFFS' MOTION TO WITHDRAW ATTORNEY JUSTIN D. BURROW AS COUNSEL OF RECORD AND NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Kimberly F. Mills, Individually As Heir at Law and As Independent Administrator of the Estate of Arthur Mills, Deceased, Jeremy M. Mills, Levi C. Mills and April C. Webb, each Individually as Heirs at Law ("Plaintiffs") and respectfully moves to withdraw Attorney Justin D. Burrow as counsel of record in the above-styled matter.

There is good cause for this motion. Mr. Burrow noticed his appearance in this case while employed by The Ammons Law Firm, LLP, but he is no longer employed by the firm.

Plaintiff further files this Notice of Appearance of Additional Counsel, adding the following counsel in all matters relevant to the captioned suit:

**Kacy Shindler**
**Texas Bar No. 24088407**
**The Ammons Law Firm, L.L.P.**
3700 Montrose Boulevard
Houston, Texas 77006
Phone: (713) 523-1606
Facsimile: (713) 523-4159
E-mail: kacy@ammonslaw.com

Mariah Karigan
Texas Bar No. 24123088
The Ammons Law Firm, L.L.P.
3700 Montrose Boulevard
Houston, Texas 77006
Phone: (713) 523-1606
Facsimile: (713) 523-4159
E-mail: mariah@ammonslaw.com

in addition to their Attorney-in-Charge, Robert E. Ammons, The Ammons Law Firm, LLP.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that the Court allow Justin D. Burrow to withdraw as counsel of record for Plaintiffs in this matter.

Respectfully submitted,

**THE AMMONS LAW FIRM, LLP**

Robert E. Ammons
State Bar No. 01159820
Kacy J. Shindler
State Bar No. 2488407
Mariah J. Karigan
State Bar NO. 24123088
3700 Montrose Blvd.
Houston, Texas 77006
Telephone:   (713) 523-1606
Facsimile:   (713) 523-4159
Email:   rob@ammonslaw.com
            kacy@ammonslaw.com
            mariah@ammonslaw.com
            melissa@ammonslaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the _20_ day of January 2022, I electronically filed the foregoing with the Clerk of Court for the Southern District of Texas using the CM/ECF system which will send notification of such filing to the following:

Patrick J. Comerford
RIGBY SLACK LAWRENCE BERGER
AKINC PEPPER + COMERFRD, PLLC
3500 Jefferson Street, Suite 330
Austin, Texas 78731
**Counsel for Defendant ExpressJet, LLC**

Jad J. Stepp
Stepp & Sullivan, P.C.
5300 Memorial Drive, Suite 620
Houston, Texas 77007
**Counsel for Defendant United Airlines, Inc.
and Simplicity Ground Services, LLC**

Marc Michael Rose
ROSE LAW GROUP, PLLC
777 Main Street, Suite 600
Fort Worth, Texas 77024
**Counsel for Defendants ABM Aviation, Inc.,
Jessica Mora, and Prystal Milton, and Antonio DeLeon**

　　　　　　　　　　　　　　　　　　　　_/s/ Kacy J. Shindler_
　　　　　　　　　　　　　　　　　　　　Kacy J. Shindler

3