UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY F. MILLS, et al. | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-1241 |
| UNITED AIRLINES, INC., et al., | § § § | |
| *Defendants.* | § | |

## ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW ATTORNEY JUSTIN D. BURROW AS COUNSEL OF RECORD AND NOTICE OF APPEARANCE

On this date the Court considered Plaintiffs' Motion to Withdraw Attorney Justin D. Burrow as Counsel of Record. The Court, having reviewed such Motion, responses, and replies thereto, if any, and heard the arguments of counsel, if any, is of the opinion that such Motion should be GRANTED in its entirety. IT IS THEREFORE ORDERED that Justin D. Burrow is withdrawn as Attorney of Record for Plaintiffs.

Signed this _____ day of _____, 2022.

_____
JUDGE PRESIDING