United States District Court
Southern District of Texas
**ENTERED**
February 02, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIMBERLY F. MILLS, *et al.*, | § |
| Plaintiffs, | § § § |
| VS. | §  CIVIL ACTION NO. 4:21-CV-01241 |
| UNITED AIRLINES, INC., *et al.*, | § § § |
| Defendants. | § |

## ORDER

Before the Court are United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on January 13, 2022 (Doc. #25) and Defendants' Objections (Doc. #27). The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order.

Accordingly, Plaintiffs' Motion to Remand (Doc. #11) is hereby GRANTED and this case is REMANDED to the 157th Judicial District Court of Harris County, Texas for further proceedings.

It is so ORDERED.

FEB 0 1 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge